USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILLIS TURNER,

                         Plaintiff,

-v-

CITY OF NEW YORK et al.,

                         Defendants.

------------------------------------------------------------X

16 Civ. 8864 (PAE) (RWL)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

*Pro se* plaintiff Willis Turner brings this action under 42 U.S.C. § 1983 alleging that the mattress he was issued while incarcerated was too thin. Before the Court is the March 8, 2016 Report and Recommendation of the Hon. Robert W. Lehrburger, United States Magistrate Judge, recommending that the Court grant the motion to dismiss without prejudice. Dkt. 25 ("Report"). For the following reasons, the Court grants the motion to dismiss.

**I.    Background**

The Court incorporates by reference the summary of the facts provided in the Report. *See* Report at 1–2.

On November 15, 2016, Turner filed a Complaint. Dkt. 2. On February 6, 2017, Turner filed an amended complaint. On June 30, 2017, the Court referred this case to a magistrate judge for general pretrial supervision and for a report and recommendation. Dkt. 20. On July 21, 2017, the defendants filed a motion to dismiss and accompanying memorandum. Dkt. 22. Turner filed no opposition.

On December 12, 2017, Judge Lehrburger issued the Report, recommending that the Court dismiss the amended complaint without prejudice. Objections were due by December 26, 2017. *See* Dkt. 25. To date, the Court has received no objections.

## II. Discussion

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950 (KPF), 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also, e.g., Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As neither party has submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Lerhrburger's thorough and well-reasoned Report reveals no facial error in its conclusions; the Report is therefore adopted in its entirety.

## CONCLUSION

For the reasons articulated in the Report, the Court dismisses Turner's complaint without prejudice. The Clerk of Court is directed to close this case.

The Court directs the Clerk to mail a copy of this decision to plaintiff at the address on file.

2

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: January 11, 2018
       New York, New York